UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,            CASE NO.: 3:24-CV-778

    Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

    Defendant.
_____/

## COMPLAINT

Plaintiff, ASAP Tree Service LLC, sues Defendant, L.A. Disaster Relief, LLC, as follows:

### Parties, Jurisdiction, and Venue

1. **Plaintiff, ASAP Tree Service LLC ("ASAP")**, is a *sui juris* foreign corporation that is registered to do business in Indiana.

2. Plaintiff's sole member Saul Vasquez Tadeo, a Mexican citizen with permanent residency in the United States and a resident of Indiana.

3. **Defendant, L.A. Disaster Relief, LLC,** is a *sui juris* Florida for-profit corporation that maintains its principal place of business in Interlachen, Florida, at

1

all times material to this action.

4. Defendant's sole member is Kyle E. Adams, a Florida citizen, residing in Interlachen, Florida.

5. Venue is proper pursuant to 28 U.S.C. §1391(b)(ii) because Defendant transacts business in this District, maintained its principal places of business in this District, and because most if not all of Defendant's operational decisions were made in this District.

6. This Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1332 because Plaintiff is a foreign limited liability company who's sole member is a resident of Indiana, because Defendant and its sole member are residents of this District, and because the amount in controversy exceeds $200,000.00, exclusive of costs, interest, or attorneys' fees.

7. Any/all condition(s) precedent to filing this lawsuit occurred and/or was satisfied by Plaintiff.

### Background Facts

8. ASAP provides a full suite of tree services for the arboriculture industry in Indiana and the surrounding areas, including scheduled services and disaster/emergency relief services.

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

9. On August 10-11, 2020 a powerful "derecho" storm swept across the Midwestern United States, causing approximately $11 billion in damages. https://en.wikipedia.org/wiki/August_2020_Midwest_derecho.

10. Defendant requested ASAP to perform services as a subcontractor to provide emergency storm clean-up services – including services for and on behalf of FEMA – in the wake of the Derecho storm.

11. ASAP performed services for and at the direction of Defendant from August 2020 through November 2020, but Defendant failed and refused to pay ASAP in full for the services rendered.

12. While some of the work was performed under the Defendant's contract with FEMA, other work was performed for the Defendant with payment from the property owner and/or the property owner's insurance to the Defendant.

13. All conditions precedent were performed by ASAP or waived by Defendant.

## COUNT I – ACCOUNT STATED

Plaintiff, ASAP Tree Service, LLC, reincorporates and re-alleges all preceding paragraphs as though set forth fully herein and further alleges as follows:

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

14. ASAP and Defendant engaged in busines dealings whereby ASAP would send an invoice to Defendant.

15. The invoices that ASAP sent to Defendant included the amount payable to ASAP and a deduction of 20%, which reduction represented the profit that Defendant would receive from the invoice(s) at issue.

16. ASAP sent Defendant the invoices attached hereto as Composite Exhibit "A".

17. Defendant agreed to owe the amounts contained on the invoices appended hereto as Composite Exhibit "A."

18. Defendant never objected to or disputed the amounts contained in the invoices attached hereto as Composite Exhibit "A".

19. Defendant owes ASAP a significant amount of money based on the unpaid invoices ASAP submitted to Defendant in the following amounts:

| Date | Amount |
|---|---|
| August 19, 2020 | $40,000.00 |
| August 22, 2020 | $43,200.00 |
| August 25, 2020 | $4,000.00 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

| | |
|---|---|
| August 25, 2020 | $4,000.00 |
| August 28, 2020 | $6,800.00 |
| August 30, 2020 | $5,600.00 |
| August 31, 2020 | $3,600.00 |
| September 1, 2020 | $7,200.00 |
| September 1, 2020 | $4,800.00 |
| September 1, 2020 | $5,600.00 |
| September 2, 2020 | $7,200.00 |
| September 3, 2020 | $56,000.00 |
| September 9, 2020 | $21,600.00 |
| September 28, 2020 | $16,000.00 |
| September 29, 2020 | $6,640.00 |
| October 3, 2020 | $2,800.00 |
| October 3, 2020 | $2,400.00 |
| October 14, 2020 | $108,000.00 |
| Undated (2020) | $6,400.00 |
| Undated (2020) | $4,000.00 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

| | |
|---|---|
| FEMA Invoice (9/20/20 – 9/26/20) | $2,663.50 |
| FEMA Invoice (9/27/20 -10/3/20) | $2,749.50 |
| FEMA Invoice (10/4/20 – 10/10/20) | $12,100.50 |
| FEMA Invoice (10/11/20 – 10/17/20) | $15,907.50 |
| FEMA Invoice (10/18/20 – 10/24/20) | $11,938.50 |
| FEMA Invoice (10/18/20 – 10/24/20) | $3,906.00 |
| FEMA Invoice (10/25/20- 10/31/20) | $2,677.50 |
| FEMA Invoice (10/25/20 – 10/31/20) | $5,166.00 |
| TOTAL | $412,949.00 |

20. Defendant has, nonetheless, failed and refused to pay the amounts due on the invoices attached hereto as Composite Exhibit "A" in full.

21. Defendant made the cumulative partial payments totaling $176,000.00, leaving a balance owed to ASAP of $236,949.00.

6

22. Defendant has been damaged in the amount of $236,949.00, plus accrued interest.

23. ASAP demanded that Defendant pay the outstanding amount of $236,949.00 in an attempt to resolve this matter prior to commencing this litigation, but Defendant refused to pay in full.

24. ASAP has been damaged in the amount of $236,949.00, as reflected on the attached invoices, which amount is due with interest from Defendant.

WHEREFORE Plaintiff, ASAP Tree Services, LLC, demands the entry of a judgment in its favor and against Defendant, L.A. Disaster Relief, LLC, for damages in the amount of $236,949.00 based on the invoices appended hereto as Exhibit "A" and payments thereon, plus costs, all interest allowed by law, and such other and further relief as the Court deems just and proper.

## COUNT II – OPEN ACCOUNT

Plaintiff, ASAP Tree Service, LLC, reincorporates and re-alleges paragraphs 1 through 13 as though set forth fully herein and further alleges as follows:

25. ASAP and Defendant engaged in busines dealings whereby ASAP would perform work at the request of Defendant, and for which ASAP would send an invoice to Defendant.

26. ASAP sent Defendant the invoices attached hereto as Composite Exhibit "A".

27. Defendant agreed to owe ASAP the amounts identified on the invoices appended hereto as Composite Exhibit "A."

28. Defendant has not objected to or disputed the amounts identified in the invoices attached hereto as Composite Exhibit "A".

29. ASAP and Defendant were engaged in ongoing work through their ongoing business relationship.

30. Defendant owes ASAP a significant amount of money based on the invoices submitted to ASAP in the following amounts:

| Date | Amount |
| --- | --- |
| August 19, 2020 | $40,000.00 |
| August 22, 2020 | $43,200.00 |
| August 25, 2020 | $4,000.00 |
| August 25, 2020 | $4,000.00 |
| August 28, 2020 | $6,800.00 |
| August 30, 2020 | $5,600.00 |

| | |
|---|---|
| August 31, 2020 | $3,600.00 |
| September 1, 2020 | $7,200.00 |
| September 1, 2020 | $4,800.00 |
| September 1, 2020 | $5,600.00 |
| September 2, 2020 | $7,200.00 |
| September 3, 2020 | $56,000.00 |
| September 9, 2020 | $21,600.00 |
| September 28, 2020 | $16,000.00 |
| September 29, 2020 | $6,640.00 |
| October 3, 2020 | $2,800.00 |
| October 3, 2020 | $2,400.00 |
| October 14, 2020 | $108,000.00 |
| Undated (2020) | $6,400.00 |
| Undated (2020) | $4,000.00 |
| FEMA Invoice (9/20/20 – 9/26/20) | $2,663.50 |
| FEMA Invoice (9/27/20 -10/3/20) | $2,749.50 |
| FEMA Invoice (10/4/20 – 10/10/20) | $12,100.50 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

| | |
|---|---|
| FEMA Invoice (10/11/20 – 10/17/20) | $15,907.50 |
| FEMA Invoice (10/18/20 – 10/24/20) | $11,938.50 |
| FEMA Invoice (10/18/20 – 10/24/20) | $3,906.00 |
| FEMA Invoice (10/25/20 - 10/31/20) | $2,677.50 |
| FEMA Invoice (10/25/20 – 10/31/20) | $5,166.00 |
| TOTAL | $412,949.00 |

31. Defendant has, nonetheless, failed and refused to pay in total for all of the amounts due on the invoices attached hereto as Composite Exhibit "A".

32. Instead, Defendant paid the cumulative amount of $176,000.00, leaving a balance due of $236,949.00.

33. Defendant has been damaged in the amount of $236,949.00, plus accrued interest.

WHEREFORE Plaintiff, ASAP Tree Services, LLC, demands the entry of a judgment in its favor and against Defendant, L.A. Disaster Relief, LLC, for damages

in the amount of $236,949.00 minus payments thereon, plus costs, interest, and such other and further relief as the Court deems just and proper.

## COUNT III – BREACH OF ORAL CONTRACT

Plaintiff, ASAP Tree Service, LLC, reincorporates and re-alleges paragraphs 1 through 13 as though set forth fully herein and further alleges as follows:

34. ASAP and Defendant entered into an oral contract for services, pursuant to which Defendant would pay ASAP 80% of all invoices that ASAP submitted to Defendant, with the remaining 20% representing the profit and overhead to be retained by Defendant.

35. ASAP performed all services required of it under the parties' oral agreement by perform tree trimming and debris removal services between August 2020 and November 2020.

36. ASAP also provided Defendant with invoices for all of the work that ASAP performed for Defendant under the parties' agreement.

37. Defendant paid for some of the invoices (and thus sum of the work performed) from ASAP in total aggregate amount of $176,000.00, thereby acknowledging the existence of the parties' oral agreement.

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

38. Defendant has, however, failed and refused to pay for all of the invoices submitted and work performed by ASAP, leaving a balance due of $236,949.00.

39. Defendant breached its oral agreement with ASAP when it failed and refused to pay for all of the remaining and outstanding invoices for the services performed.

40. ASAP has been damaged in the amount of $236,949.00 as a result of the breach of the oral contract by Defendant.

WHEREFORE Plaintiff, ASAP Tree Services, LLC, demands the entry of a judgment in its favor and against Defendant, L.A. Disaster Relief, LLC, for damages in the amount of $236,949.00, plus costs, interest, and such other and further relief as the Court deems just and proper.

## COUNT IV – BREACH OF CONTRACT IMPLIED IN LAW

Plaintiff, ASAP Tree Service, LLC, reincorporates and re-alleges paragraphs 1 through 13 as though set forth fully herein and further alleges as follows:

41. ASAP conferred a benefit on Defendant by performing tree trimming and debris removal services for Defendant and at Defendant's request.

42. Defendant knew that ASAP was providing services on its behalf based on the communications between the parties.

43. Defendant accepted, retained, and appreciated the benefit of the services provided by ASAP, including by taking credit for, billing for, and/or receiving payment for the services provided by ASAP.

44. Defendant failed and refused to pay ASAP for the value of the work that ASAP provided on behalf of Defendant.

45. It would be inequitable for Defendant to retain the value of the services provided by ASAP without paying for the reasonable value of those services provided by ASAP.

WHEREFORE Plaintiff, ASAP Tree Services, LLC, demands the entry of a judgment in its favor and against Defendant, L.A. Disaster Relief, LLC, for damages, plus costs, interest, and such other and further relief as the Court deems just and proper.

### COUNT V – BREACH OF CONTRACT IMPLIED IN FACT

Plaintiff, ASAP Tree Service, LLC, reincorporates and re-alleges paragraphs 1 through 13 as though set forth fully herein and further alleges as follows:

46. Defendant requested that ASAP perform tree trimming and debris removal services for it.

47. ASAP and Defendant agreed that in exchange for ASAP providing its services, Defendant would pay at the rate of ASAP 80% of all invoices that ASAP submitted to Defendant, with the remaining 20% representing the profit and overhead to be retained by Defendant.

48. Defendant knew that ASAP was providing tree trimming and debris removal services for it based on the communications between the parties.

49. ASAP performed all services required of it under the parties' oral agreement by perform tree trimming and debris removal services between August 2020 and November 2020.

50. ASAP also provided Defendant with invoices for all of the work that ASAP performed for Defendant under the parties' agreement.

51. Defendant paid for some of the invoices (and thus sum of the work performed) from ASAP, thereby ratify the parties' agreement, thereby acknowledging the existence of the parties' oral agreement.

52. Defendant has, however, failed and refused to pay for all of the invoices submitted and work performed by ASAP.

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

53. Defendant breached its contract with ASAP when it failed and refused to pay for all of the remaining and outstanding invoices for the services performed.

WHEREFORE Plaintiff, ASAP Tree Services, LLC, demands the entry of a judgment in its favor and against Defendant, L.A. Disaster Relief, LLC, for damages, plus costs, interest, and such other and further relief as the Court deems just and proper.

Respectfully submitted this <u>1st</u> day of August 2024,

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
