UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

SAUL VASQUEZ,

                                CASE NO.: 3:24-CV-778-TJC-PDB

    Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL**

    Plaintiff, Saul Vasquez, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as Plaintiff's lead counsel.

    Respectfully submitted this 5th day of August 2024,

                                                 <u>Brian H. Pollock, Esq.</u>
                                                 Brian H. Pollock, Esq.
                                                 Fla. Bar No. 174742
                                                 brian@fairlawattorney.com
                                                 FAIRLAW FIRM
                                                 135 San Lorenzo Avenue
                                                 Suite 770
                                                 Coral Gables, FL 33146
                                                 Tel:   305.230.4884
                                                 *Counsel for Plaintiff*