United States District Court
Middle District of Florida
Jacksonville Division

**ASAP TREE SERVICE, LLC,**

    *Plaintiff,*

v.                                             NO. 3:24-cv-778-TJC-PDB

**L.A. DISASTER RELIEF, LLC,**

    *Defendant.*

___

# Order

A plaintiff must complete service of process within 90 days of filing the complaint. Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). "Within twenty-one days after service of a summons and complaint, a party must file proof of service." Local Rule 1.10(a). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

The plaintiff filed the complaint on August 1, 2024. Doc. 1. The plaintiff had to complete service of process by October 30, 2024, and file proof of service by November 20, 2024.

By **December 5, 2024**, the plaintiff must file proof of service and show cause why the case should not be dismissed without prejudice for failure to prosecute. By the same deadline, the plaintiff must file an amended disclosure statement required by Local Rule 3.03. The disclosure statement is by "Saul Vasquez," Doc. 6, but the plaintiff is "ASAP Tree Service, LLC," *see* Doc. 1.

**Ordered** in Jacksonville, Florida, on November 25, 2024.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*