UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

                                      CASE NO.: 3:24-CV-778-TJC-PDB

    Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

    Defendant.

_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, ASAP Tree Service LLC, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Respectfully submitted this 5th day of December 2024.

                                                         s/ Patrick Brooks LaRou
                                                         Brian H. Pollock, Esq. (174742)
                                                         brian@fairlawattorney.com
                                                          Patrick Brooks LaRou, Esq. (1039018)
                                                          brooks@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue, Suite 770
                                                          Coral Gables, Florida 33146
                                                          Telephone: (305) 230-4884
                                                          *Counsel for Plaintiff*