**From:** **Steffany Sanguino** steffany@fairlawattorney.com
**Subject:** Fwd: ASAP Tree Service LLC vs. L.A. Disaster Relief, LLC
**Date:** November 13, 2024 at 10:17 AM
**To:** Brooks LaRou  brooks@fairlawattorney.com

Steffany Sanguino, Paralegal
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Dir:  305.390.8826
Ofc: 305.230.4884
Fax: 305.230.4844
steffany@fairlawattorney.com
www.fairlawattorney.com

> Begin forwarded message:
>
> **From:** Accurate Serve Plantation <serve@accurateserveplantation.com>
> **Subject: Re: ASAP Tree Service LLC vs. L.A. Disaster Relief, LLC**
> **Date:** October 31, 2024 at 8:35:06 AM EDT
> **To:** Steffany Sanguino <steffany@fairlawattorney.com>
> **Cc:** Brian Pollock <brian@fairlawattorney.com>
>
> Steffany,
>
> Our server conducted the stake out on 10/17. I am attaching her notes here. Please advise if you would like more attempts or an alternate way of moving forward.
>
> Thu, 10/17/2024 09:29 AM
> Server: Rebecca Luna
> Address: 881 Florida Highway 20 Unit 4, Interlachen, FL 32148
> External Notes: **Server attempted: 2 hour steak out. No one here door locked, no cars**
>
> **PLEASE MAKE NOTE OF NEW PHONE NUMBER - 954-228-4029**
>
> **Thank you very much and have a great day!**
>
> **Eric Green**
>
> **Admin Assistant**
>
> ***WE HANDLE STATEWIDE, NATIONWIDE AND INTERNATIONAL SERVICES***
>
> Payment can be made online at www.accurateserveplantation.com/payment
>
> # accurate serve®
>
> **- WHERE PERFECTION IS THE PROCESS**
>
> "We Give Attorneys Peace of Mind"
>
> **MAILING ADDRESS-**
> **151 NORTH NOB HILL ROAD #254**
> **PLANTATION, FL 33324**
> **954-228-4029**
>
> **OFFICES: Miami, West Palm Beach, Key West**
>
> serve@accurateserveplantation.com
>
> Check out our - Video Testimonials
>
> Check out our Website for more details - Accurate Serve
>
> Please leave us a 5 Star Review - Miami Office, Plantation Office, West Palm Beach Office
>
> *************** NOTICE ***************