# 2024 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L18000132090

**Entity Name:** L.A. DISASTER RELIEF, LLC

**FILED**
**Nov 05, 2024**
**Secretary of State**
**3516495386CR**

## Current Principal Place of Business:

881 STATE ROAD 20
UNITS 2-4
INTERLACHEN, FL 32148

## Current Mailing Address:

881 STATE ROAD 20
UNIT 4
INTERLACHEN, FL 32148 US

**FEI Number:** 83-0683631

**Certificate of Status Desired:** No

## Name and Address of Current Registered Agent:

ADAMS, KYLE E
22696 NE 130TH COURT ROAD
FT MCCOY, FL 32134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: KYLE E ADAMS                                                                 11/05/2024
            Electronic Signature of Registered Agent                                    Date

## Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT | | Title | VP |
| Name | ADAMS, KYLE E | | Name | ADAMS, TARA L |
| Address | 22696 NE 130TH COURT ROAD | | Address | 22696 NE 130TH COURT ROAD |
| City-State-Zip: | FT MCCOY FL 32134 | | City-State-Zip: | FT MCCOY FL 32134 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KYLE ADAMS                                      PRESIDENT                   11/05/2024
            Electronic Signature of Signing Authorized Person(s) Detail                Date