United States District Court
Middle District of Florida
Jacksonville Division

**ASAP TREE SERVICE, LLC,**

   *Plaintiff,*

v.                                         **NO. 3:24-cv-778-TJC-PDB**

**L.A. DISASTER RELIEF, LLC,**

   *Defendant.*

_____

# Order

For the reasons stated in the plaintiff's response to the order to show cause, Doc. 11, the Court discharges the order to show cause, Doc. 7. For the same reasons, the plaintiff establishes good cause under Rule 4(m), Federal Rules of Civil Procedure, for extending the deadline to serve process. The plaintiff must serve the defendant with process by **January 6, 2025**.

**Ordered** in Jacksonville, Florida, on December 13, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*