UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

      CASE NO.: 3:24-CV-778-TJC-PDB

   Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

   Defendant.
_____/

### PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE OF PROCESS

Plaintiff, ASAP Tree Service LLC ("ASAP"), requests the Court to enter an Order further extending the deadline to serve the Defendant with process based on the following good cause:

1. ASAP filed its alias Summons to be served on the Florida Secretary of State on December 5, 2024 [Doc. 10].

2. That same day, ASAP responded to the Court's Order to Show Cause and requested an extension of time to effectuate substitute service of process on the Defendant through Florida's Secretary of State. [Doc. 11.]

3. The Clerk of this Court issued the alias summons on December 6, 2024. [Doc. 12.]

4. ASAP utilized the Florida Secretary of State's online portal to submit its requests for substitute service on the Defendant on December 11, 2024. (Exhibit A.)

5. The Court thereafter entered its Order, wherein it discharged the Order to Show Cause and extended the deadline for ASAP to serve the Defendant until January 6, 2025. [Doc. 13.]

6. Mindful of the impending deadline to serve Defendant by January 6, 2025, ASAP checked the Florida Secretary of State's online portal and discovered that the request for substitute service remains pending. (Exhibit A.)

7. ASAP thus requests additional time to allow Florida's Secretary of State to process the request for substitute service, as this request will have been pending for over three weeks. *Id.*

8. Once ASAP receives notification that Florida's Secretary of State eventually processes the request for substitute service, ASAP will need additional time to comply with the provisions of Fla. Stat. §48.161, which include sending a copy of the Alias Summons, Complaint, and return of Substitute Service to Defendant (by Certified U.S. Mail), to await a response/confirmation/rejection of delivery, and to then file an Affidavit of Compliance.

9. In light of the foregoing unanticipated delay and the additional requirements for service imposed by Fla. Stat. §48.161, ASAP requests the Court grant it a further extension of time to serve Defendant (through substitute service) for an additional 75 days based on the good cause shown above.

WHEREFORE, Plaintiff, ASAP Tree Service LLC, requests that the Court grant it an additional seventy-five days to serve Defendant, L.A. Disaster Relief, L.L.C., by substitute service on Florida's Secretary of State, to send the notice of service and a copy of the Alias Summons, Complaint, and Return of Service to Defendant, and to file the Affidavit of Compliance with the Court.

Respectfully submitted this 2nd day of January 2025.

s/ Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
