FLORIDA DEPARTMENT *of* STATE                                                    Division of Corporations

## Online Service of Process    a  service

Home    Dashboard    My Requests                    Hello Brian Pollock    Log Off

# Submission Details: #241211027SOP

Submission    |    Event History

## Submission

### Florida Secretary of State
### Request for Substitute Service of Process

| Tracking Number | Status |
|---|---|
| **241211027SOP** | **Submitted** |

### Submission Details

| Parties | Case # | Resubmission of | Submitted | Submission Type |
|---|---|---|---|---|
| ASAP TREE SERVICE LLC v. L.A. DISASTER RELIEF, LLC | 3:24-CV-778-TJC-PDB | N/A | December 11, 2024 1:21 PM | Electronic |

 Complaint (pdf, 229.9 KB)

### Requests for Service

| # | Defendant Name | Sunbiz # | Pursuant to | Documents | Status |
|---|---|---|---|---|---|
| 01 | L.A. DISASTER RELIEF, LLC | 83-0683631 (Active) | 48.062 |  Summons (pdf, 155.9 KB)  Proof Of Attempted Service (pdf, 171.4 KB) | Pending |

### Contact Information

Primary Contact

Brian Pollock

FairLaw Firm

steffany@fairlawattorney.com

Submitter

Brian Pollock

brian@fairlawattorney.com

Go to Dashboard



online-sop.sunbiz.org
An official site of the **Florida Department of State**

© 2025 Florida Department of State. All rights reserved.

Questions or comments?
Please contact us

**Division of Corporations**
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303
850-245-6000