UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

      Plaintiff,

CASE NO.: 3:24-CV-778-TJC-PDB

vs.

L.A. DISASTER RELIEF, LLC,

      Defendant.
_____/

### DECLARATION OF PATRICK BROOKS LAROU, ESQ. PURSUANT TO FLA. STAT. § 95.525

I, Patrick Brooks LaRou, Esq., make the following declaration pursuant to Florida Statute § 95.525, and under penalty of perjury state as follows:

1. My name is Patrick Brooks LaRou, Esq. I am over eighteen (18) years of age and have personal knowledge of the facts set forth in this Declaration. I am authorized to make this Declaration on behalf of the Plaintiff, ASAP Tree Service LLC ("ASAP Tree Service").

2. I am an attorney of FairLaw Firm, which has been retained by ASAP Tree Service to represent it in the above-referenced case.

3. I submit this Declaration pursuant to Florida Statute §§ 48.062(4) and 48.161(2) in support of ASAP Tree Service's compliance regarding its

1

substituted service on Defendant, L.A. Disaster Relief, LLC ("Defendant"), via the Florida Secretary of State.

4. On August 1, 2024, ASAP Tree Service filed its Complaint [D.E. 1] and proposed Summons [D.E. 1-2] to be served on Defendant.

5. The Clerk of this Court issued her stamped Summons for service on Defendant [D.E. 3] on August 2, 2024.

6. In Defendant's 2024 Reinstatement—its most recent public filing with the Florida Department of State, Division of Corporations—Defendant lists Kyle E. Adams as the company's President and Registered Agent, and Tara L. Adams as its Vice President. *See* Defendant's 2024 Reinstatement, submitted herewith as "Exhibit A."

7. In its 2024 Reinstatement, Defendant lists the address of its Registered Agent, as well as the address of its President and Vice President, as 22696 N.E. 130th Court Road, Fort McCoy, Florida 32134. *See id.*

8. Defendant's 2024 Reinstatement lists the company's principal address as 881 State Road 20, Unit 4, Interlachen, Florida 32148. *See id.*

9. ASAP Tree Service attempted to effectuate service of process on Defendant by serving its Registered Agent and/or its President or Vice President with a copy of the Complaint [D.E. 1] and the Clerk's Issued Summons [D.E. 3] on August 9, 14, 23, 26, and 28, 2024, and October 3, 2024,

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

at the address of its Registered Agent, President, and Vice President: 22696 N.E. 130th Court Road, Fort McCoy, Florida 32134. *See* Verified Return of Non-Service, filed herewith as "Exhibit B."

10. However, despite diligent efforts made by ASAP Tree Service's process server, neither Defendant's Registered Agent nor its President or Vice President could be located or served during these six attempts. *See* Exhibit B.

11. In Florida, limited liability companies are required to "cause the designated registered agent to keep the designated registered office open from at least 10 a.m. to 12 noon each [business] day" under Florida Statute § 48.091(3).

12. By the failure of Defendant's Registered Agent/President to be present at its designated registered office between 10 a.m. and 12 p.m. on August 26, 2024 and October 3, 2024, Defendant has failed to comply with Florida Statute § 48.091(3).

13. On October 17, 2024, ASAP Tree Service's process server attempted to effectuate service of process by conducting a two-hour stakeout at Defendant's principal address: 881 State Road 20, Unit 4, Interlachen, Florida 32148. However, the process server was again unable to locate Defendant's Registered Agent, President, Vice President, or any other individual authorized to accept service on Defendant's behalf. *See* October 31,

3

2024 Email from Accurate Serve Plantation, submitted herewith as "Exhibit C."

14. Thereafter, on December 5, 2024, ASAP Tree Service filed its Alias Summons [D.E. 10] to be served on the Florida Secretary of State as an agent of Defendant pursuant to Florida Statute § 48.062(4).

15. The Clerk of this Court issued the Alias Summons [D.E. 12] on December 6, 2024.

16. On December 11, 2024, the office of the undersigned utilized the Florida Department of State's online portal (https://online-sop.sunbiz.org/) to submit its request for substituted service on Defendant via the Secretary of State. *See* Florida DOS Submission Confirmation, submitted herewith as "Exhibit D."

17. The Florida Secretary of State accepted substituted service for Defendant on January 2, 2025. *See* SOS Acceptance of Service, submitted herewith as "Exhibit E."

18. On January 7, 2025, the office of the undersigned notified Defendant of the Secretary of State's acceptance of service by sending a copy of the Complaint [D.E. 1], the Clerk's stamped Alias Summons [D.E. 12], and the Secretary of State's Notice of Acceptance [Ex. E] to Defendant by U.S. certified mail, return receipt requested, at its principal address: 881 State

4

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Road 20, Unit 4, Interlachen, Florida 32148. *See* January 7, 2025 Mail to Defendant, submitted herewith as "Exhibit F"

19. Defendant received the certified mail package described in the above paragraph by picking up the package from the Interlachen Post Office on January 15, 2025. *See* USPS Tracking Results, submitted herewith as "Exhibit G."

20. Additionally, on January 7, 2025, the office of the undersigned notified Defendant of the Secretary of State's acceptance of service by sending the Complaint, Alias Summons, and Secretary of State's Notice of Acceptance to Defendant by email at info@ladisasterrelief.com. *See* January 7, 2025 Email to Defendant, submitted herewith as "Exhibit H."

21. By serving the Complaint and Alias Summons on the Florida Secretary of State, and thereafter sending to Defendant the Secretary's notice of acceptance along with a copy of the process, ASAP Tree Service has perfected substituted service of process on Defendant, requiring that Defendant file its response to the Complaint within twenty-one days of service under Rule 12 of the Federal Rules of Civil Procedure.

22. Pursuant to Florida Statute §§ 48.062(4) and 48.161(2), I now submit this Sworn Declaration.

FURTHER DECLARANT SAYETH NAUGHT.

5

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## **DECLARATION**

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge and belief.

Executed and filed this 20th day of January 2025.

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

6

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*