# VERIFIED RETURN OF NON-SERVICE

Job # MIA17788

**Client Info:**

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>ASAP TREE SERVICE LLC | USDC FOR THE MIDDLE DISTRICT OF FLORIDA<br>Court Division: JACKSONVILLE DIVISION |
| -versus- | |
| **DEFENDANT:**<br>L.A. DISASTER RELIEF, LLC | Court Case # **3:24-CV-778** |

**Service Info:**

**Received by TRACY WILLIAMS:** on August, 5th 2024 at **02:18 PM**
Service: I Non-Served **L.A. DISASTER RELIEF, LLC, KYLE E. ADAMS, ITS REGISTERED AGENT**
**SUMMONS; COMPLAINT W/EXHIBITS**

**At Residence 22696 NE 130TH COURT ROAD FORT MC COY, FL 32134**
On **10/3/2024** at **11:28 AM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

**Service was Attempted on:**

**(1) 8/9/2024** at **09:06 AM**, by **TRACY WILLIAMS** Loc: **22696 NE 130TH COURT ROAD, FORT MC COY, FL 32134**
   Latitude:**29.479925**   Longitude:**-81.940455**
**Notes:** PROVIDED ADDRESS IS A RESIDENCE THAT IS PRIVATELY FENCED WITH LOCKED GATE. NO ACCESS. NO RESPONSE TO SERVER'S HORN

**(2) 8/14/2024** at **08:58 AM**, by **TRACY WILLIAMS** Loc: **22696 NE 130TH COURT ROAD, FORT MC COY, FL 32134**
   Latitude:**29.478580**   Longitude:**-81.940405**
**Notes:** PROVIDED ADDRESS IS A RESIDENCE THAT IS PRIVATELY FENCED WITH LOCKED GATE. NO ACCESS. NO RESPONSE TO SERVER'S HORN

**(3) 8/23/2024** at **08:21 AM**, by **TRACY WILLIAMS** Loc: **22696 NE 130TH COURT ROAD, FORT MC COY, FL 32134**
**Notes:** CALL PROVIDED PHONE NUMBER RECEIVED GENERIC VOICEMAIL LEFT MESSAGE

**(4) 8/26/2024** at **10:11 AM**, by **TRACY WILLIAMS** Loc: **22696 NE 130TH COURT ROAD, FORT MC COY, FL 32134**
**Notes:** CALL PROVIDED PHONE NUMBER RECEIVED GENERIC VOICEMAIL LEFT MESSAGE

**(5) 8/28/2024** at **07:04 PM**, by **TRACY WILLIAMS** Loc: **22696 NE 130TH COURT ROAD, FORT MC COY, FL 32134**
   Latitude:**29.480510**   Longitude:**-81.940440**
**Notes:** PROVIDED ADDRESS IS A RESIDENCE THAT IS PRIVATELY FENCED WITH LOCKED GATE. NO ACCESS. NO RESPONSE TO SERVER'S HORN

I **TRACY WILLIAMS** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.




Job # MIA17788



---

**TRACY WILLIAMS**
Lic # **09-9-28-48**

**ACCURATE SERVE PLANTATION**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # ASAP Tree Service LLC vs. L.A. Disaster Relief, LLC
Ref # O241620




2 of 2