From: onlinesop@dos.myflorida.com  🖉
Subject: Submission #241211027SOP Processed - Online Service of Process [sunbiz.org]
Date: January 2, 2025 at 3:47 PM
To: brian@fairlawattorney.com



# Submission Processed

The substitute service of process submission for case number **3:24-CV-778-TJC-PDB** has been processed. Attached, please find your response letter(s).

## Details

| | |
|---|---|
| **Tracking #** | 241211027SOP |
| **Case #** | 3:24-CV-778-TJC-PDB |
| **Parties** | ASAP TREE SERVICE LLC v. L.A. DISASTER RELIEF, LLC |
| **Service Requested For** | L.A. DISASTER RELIEF, LLC |
| **Contact** | Brian Pollock (steffany@fairlawattorney.com) |
| **Submitter** | Brian Pollock |
| **Submission Date** | 12/11/2024 1:21 PM |

**Note:** The Division of Corporations does not serve defendants! It is the responsibility of the plaintiffs attorney to notify defendants of accepted Substitute Service of Process.

If you have questions *about this submission*, you may contact this office at ApostillesCertsCorpHelp@dos.myflorida.com. Please reference your tracking number **241211027SOP**. All other inquiries must be directed to the attorney(s) involved.

**Online Service of Process**
Florida Department of State, Division of Corporations
https://online-sop.sunbiz.org

Email sent to brian@fairlawattorney.com.

**Do not reply.** This email address is not monitored.

**responseletter.pdf**