

# FLORIDA DEPARTMENT OF STATE
Division of Corporations

January 2, 2025

Brian Pollock

Pursuant to Chapter 48.062 Florida Statutes, substitute service of process was accepted for L.A. DISASTER RELIEF, LLC in case number 3:24-CV-778-TJC-PDB and was filed on December 11, 2024 at 1:21 PM.

   Plaintiff(s)
   ASAP TREE SERVICE LLC
   v.
   Defendant(s)
   L.A. DISASTER RELIEF, LLC

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Tanner J. Turnmire
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 241211027SOP.01