ALERT: WINTER STORMS IN THE NORTHEAST AND WILDFIRES AND EMERGENCY EVENTS IN …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70170190000021684198

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 3:12 pm on January 15, 2025 in INTERLACHEN, FL 32148.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
INTERLACHEN, FL 32148
January 15, 2025, 3:12 pm

Feedback

**Notice Left (No Authorized Recipient Available)**
INTERLACHEN, FL 32148
January 13, 2025, 10:46 am

**Arrived at USPS Regional Facility**
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
January 12, 2025, 8:19 pm

**In Transit to Next Facility**
January 12, 2025

**Arrived at USPS Regional Origin Facility**
OPA LOCKA FL DISTRIBUTION CENTER
January 10, 2025, 11:50 pm

**USPS picked up item**

MIAMI, FL 33146
January 8, 2025, 10:48 am

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]