**From:** Steffany Sanguino steffany@fairlawattorney.com 
**Subject:** ASAP Tree Service LLC vs. L.A. Disaster Relief, LLC 3:24-CV-778-TJC-PDB
**Date:** January 7, 2025 at 10:14 AM
**To:** info@ladisasterrelief.com
**Cc:** Brian Pollock brian@fairlawattorney.com, Brooks LaRou brooks@fairlawattorney.com

Good Morning,

I hope this email finds you well,

Please allow this email to serve as service after the Secretary of State accepted service for L.A Disaster Relief,

Please see the attached response letter from the Secretary of State, the Summons, and the Complaint.

Thank you.


Service Accepted Sec of State ( ASAP).pdf
30 KB


1 COMPLAINT (ASAP2).pdf
235 KB

12 SUMMONS Reissued as to LA Disaster (Secretary of State)...
160 KB


Steffany Sanguino, Paralegal
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Dir: 305.390.8826
Ofc: 305.230.4884
Fax: 305.230.4844
steffany@fairlawattorney.com
www.fairlawattorney.com