UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

          CASE NO.: 3:24-CV-778-TJC-PDB

    Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR DEFAULT**

    Plaintiff, ASAP Tree Service LLC ("ASAP"), requests the Court to enter an Order granting it an enlargement of time to file a Motion for Default against the Defendant based on the following good cause:

    1.    The Plaintiff previously filed the documentation necessary to obtain a default judgment against the Defendant after failing to respond to the Complaint served upon the Secretary of State within the time permitted by law. [DE 16.]

    2.    Earlier today, Marcus Barnett, Esq., contacted the undersigned on behalf of the Defendant.

    3.    When the undersigned returned his call, Mr. Barnett stated that he had intended to represent the Defendant in this lawsuit, but after learning that he would not be able to appear by videoconference for certain events, had advised the Defendant to retain other counsel for this matter.

4.	During this call, Mr. Barnett requested Plaintiff grant Defendant an extension of time through March 7, 2025, to respond to the operative Complaint through counsel.

5.	Plaintiff agreed to the extension of time, and now requests the Court grant it an extension of time through March 14, 2025, within which to request the entry of a Default against the Defendant.

6.	Plaintiff does not seek the enlargement of time for any dilatory or ulterior purpose but to allow Defendant to appear through counsel, thereby facilitating the orderly progression of this matter to its logical conclusion.

7.	Defendant has not appeared in this lawsuit through counsel and its corporate representative has not contacted the undersigned, with the only contact purportedly on behalf of the Defendant as set forth above, with the agreement as stated herein.

WHEREFORE, Plaintiff, ASAP Tree Service LLC, requests that the Court grant it through March 14, 2025, to file the appropriate request for the entry of a default against the Defendant, L.A. Disaster Relief, L.L.C., as set forth above.

Respectfully submitted this 25th day of February 2025.

s/ Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*