United States District Court
Middle District of Florida
Jacksonville Division

**ASAP TREE SERVICE, LLC,**

    *Plaintiff,*

v.   No. 3:24-CV-778-TJC-PDB

**L.A. DISASTER RELIEF, LLC,**

    *Defendant.*

---

## Entry of Default

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **L.A. Disaster Relief, LLC,** in Jacksonville, Florida, on the 25th day of March, 2025.

                                          ELIZABETH M. WARREN, CLERK

                                          s/ A. Loeschen, Deputy Clerk

Copies furnished to:

Counsel of Record