United States District Court
Middle District of Florida
Jacksonville Division

**ASAP TREE SERVICE, LLC,**

   *Plaintiff,*

v.     No. 3:24-cv-778-TJC-PDB

**L.A. DISASTER RELIEF, LLC,**

   *Defendant.*

___

# Order

"Within thirty-five days after entry of a default, the party entitled to a default judgment must apply for the default judgment or must file a paper identifying each unresolved issue—such as the liability of another defendant—necessary to entry of the default judgment." Local Rule 1.10(c). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

The clerk entered default on March 25, 2025. Doc. 20. The deadline to apply for a default judgment was April 29, 2025. ASAP Tree Service, LLC, has failed to apply for one. By **May 14, 2025**, ASAP Tree Service must show cause why the case should not be dismissed without prejudice for failure to prosecute.

**Ordered** in Jacksonville, Florida, on April 30, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*