UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

CASE NO.: 3:24-CV-778-TJC-PDB

    Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

    Defendant.
_____/

## AFFIDAVIT OF INDEBTEDNESS PURSUANT TO 28 U.S.C. §1746

STATE OF INDIANA) ss.

COUNTY OF MARION)

    Saul Vasquez, having been duly sworn, deposes and says as follows pursuant to 28 U.S.C. §1746:

1. I am the managing member of ASAP Tree Service LLC ("ASAP"), and I am authorized to execute this Affidavit on its behalf.

2. I have personal knowledge of the facts contained in this Affidavit.

3. A powerful "derecho" storm struck parts of the Midwestern United States on August 10-11, 2020.

4. The "derecho" storm caused significant damage.

1

5. Kyle Adams, from L.A. Disaster Relief, LLC ("LADR"), contacted me to request that my company, ASAP, perform services as a subcontractor for it.

6. Mr. Adams requested that ASAP provide emergency storm clean-up services, including services for and on behalf of FEMA, following this "derecho" storm.

7. Mr. Adams and I agreed, on behalf of ASAP and LADR, as follows:

    a. ASAP would perform the work requested by LADR;

    b. ASAP would submit invoices to LADR for the work performed;

    c. LADR would submit ASAP's invoices for payment to the appropriate payor; and

    d. LADR would timely remit payment to ASAP in satisfaction of each invoice, after LADR kept 20% as its overhead and profit.

8. LADR engaged ASAP to perform work under the its FEMA contract.

9. LADR also engaged ASAP to perform other work for which LADR was paid not by FEMA, but by property owners and/or their insurance carriers.

10. ASAP provided the services requested by LADR from August 2020 to November 2020.

2

11. The invoices attached to the Complaint as Exhibits "A" are true and correct copies of the invoices that ASAP made and kept as part of its ASAP's regularly conducted business.

12. The invoices, ASAP attached to the Complaint as Exhibit "A", describe the work it performed on behalf of and as requested by LADR.

13. ASAP submitted invoices to LADR, summarized as follows, for the ASAP work performed for LADR in 2020:

| Date | Amount |
|---|---|
| August 19, 2020 | $40,000.00 |
| August 22, 2020 | $43,200.00 |
| August 25, 2020 | $4,000.00 |
| August 25, 2020 | $4,000.00 |
| August 28, 2020 | $6,800.00 |
| August 30, 2020 | $5,600.00 |
| August 31, 2020 | $3,600.00 |
| September 1, 2020 | $7,200.00 |
| September 1, 2020 | $4,800.00 |
| September 1, 2020 | $5,600.00 |

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

| | |
|---|---|
| September 2, 2020 | $7,200.00 |
| September 3, 2020 | $56,000.00 |
| September 9, 2020 | $21,600.00 |
| September 28, 2020 | $16,000.00 |
| September 29, 2020 | $6,640.00 |
| October 3, 2020 | $2,800.00 |
| October 3, 2020 | $2,400.00 |
| October 14, 2020 | $108,000.00 |
| Undated (2020) | $6,400.00 |
| Undated (2020) | $4,000.00 |
| FEMA Invoice (9/20/20 – 9/26/20) | $2,663.50 |
| FEMA Invoice (9/27/20 -10/3/20) | $2,749.50 |
| FEMA Invoice (10/4/20 – 10/10/20) | $12,100.50 |
| FEMA Invoice (10/11/20 – 10/17/20) | $15,907.50 |
| FEMA Invoice (10/18/20 – 10/24/20) | $11,938.50 |
| FEMA Invoice (10/18/20 – 10/24/20) | $3,906.00 |

4

| | |
|---|---|
| FEMA Invoice (10/25/20-10/31/20) | $2,677.50 |
| FEMA Invoice (10/25/20 – 10/31/20) | $5,166.00 |
| **TOTAL** | **$412,949.00** |

14. When LADR was paying the invoices submitted by ASAP, it did so a few days after ASAP submitted each invoice to LADR.

15. LADR made cumulative payments totaling $176,000.00 toward the invoices submitted by ASAP, and which are attached to the Complaint as Exhibit "A."

16. LADR has not paid ASAP for invoices attached to the Complaint as Exhibit "A" (or work described therein) since December 1, 2020.

17. LADR still owes ASAP the principal balance of $236,949.00 for work performed, and based on the invoices submitted to LADR, which are attached to the Complaint as Exhibit "A."

18. Although LADR received the invoices identified above, which are attached to the Complaint as Exhibit "A," it neither disputed nor paid them in full.

19. LADR should have paid the invoices in full by December 1, 2020.

20. LADR materially breached its oral contract with ASAP by not paying the invoices attached to the Complaint as Exhibit "A" in full by December 1,

5

2020, resulting in ASAP suffering damages in the principal amount of $236,949.00, which has been owed since December 1, 2020.

21. LADR also owes ASAP prejudgment interest on the outstanding amount of $236,949.00, which has been owed since December 1, 2020.

22. The computation of the prejudgment interest on the principal amount of $236,949.00 is attached as Exhibit 1.

   a. Through May 14, 2025, LADR owes $68,604.03 in prejudgment interest on the outstanding principal amount of $236,949.00; and

   b. Additional prejudgment interest will accrue at $59.40 per day through the Court's entry of a Final Judgment.

23. In total, LADR owes **$305,553.03**, which includes

   $236,949.00 in principal *plus*

   $68,604.03 in prejudgment interest.

24. Further Declarant sayeth naught.

## DECLARATION

By my signature below, I execute this declaration in Marion County, Indiana, and declare under penalty of perjury that the foregoing is true and correct.

_____
Saul Vasquez Rodeo (May 13, 2025 14:25 EDT)

6

SAUL VASQUEZ

DATE: 05/13/2025

7

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

| Prejudgment Interest Calculator - ASAP Tree Service LLC ||||||
|---|---|---|---|---|---|
| Effective Date | Annual Interest Rate (%) | Daily Interest Rate | Daily Interest Amount | Days Effective | Interest Accrued ($) |
| 10/1/20 | 5.37% | 0.00014712 | $34.86 | 20 | $697.21 |
| 1/1/21 | 4.81% | 0.00013178 | $31.23 | 90 | $2,810.28 |
| 4/1/21 | 4.31% | 0.00011808 | $27.98 | 91 | $2,546.13 |
| 7/1/21 | 4.25% | 0.00011644 | $27.59 | 92 | $2,538.27 |
| 10/1/21 | 4.25% | 0.00011644 | $27.59 | 92 | $2,538.27 |
| 1/1/22 | 4.25% | 0.00011644 | $27.59 | 90 | $2,483.09 |
| 4/1/22 | 4.25% | 0.00011644 | $27.59 | 91 | $2,510.68 |
| 7/1/22 | 4.34% | 0.0001189 | $28.17 | 92 | $2,592.02 |
| 10/1/22 | 4.75% | 0.00013014 | $30.84 | 92 | $2,836.90 |
| 1/1/23 | 5.52% | 0.00015123 | $35.83 | 90 | $3,225.11 |
| 4/1/23 | 6.58% | 0.00018027 | $42.72 | 91 | $3,887.13 |
| 7/1/23 | 7.69% | 0.00021069 | $49.92 | 92 | $4,592.79 |
| 10/1/23 | 8.54% | 0.00023397 | $55.44 | 92 | $5,100.45 |
| 1/1/24 | 9.09% | 0.00024904 | $59.01 | 91 | $5,369.91 |
| 4/1/24 | 9.34% | 0.00025589 | $60.63 | 91 | $5,517.59 |
| 7/1/24 | 9.46% | 0.00025918 | $61.41 | 92 | $5,649.90 |
| 10/1/24 | 9.50% | 0.00026027 | $61.67 | 92 | $5,673.79 |
| 1/1/25 | 9.38% | 0.00025699 | $60.89 | 90 | $5,480.33 |
| 4/1/25 | 9.15% | 0.00025069 | $59.40 | 43 | $2,554.18 |
| | | | | | $68,604.03 |

| Principal | $236,949.00 |
|---|---|
| Since | Dec. 1, 2020 |
| Daily Interest | $59.40 |

| Principal | $236,949.00 |
|---|---|
| Interest | $68,604.03 |
| Total | $305,553.03 |

# Exhibit 1