United States District Court
Middle District of Florida
Jacksonville Division

**ASAP TREE SERVICE, LLC,**

   *Plaintiff,*

v.                                              NO. 3:24-CV-778-TJC-PDB

**L.A. DISASTER RELIEF, LLC,**

   *Defendant.*

---

# Order

For the reasons stated in the response to the order to show cause, Doc. 24, the Court **discharges** the order to show cause, Doc. 21. For the reasons stated in the motion for an extension of time, the Court **grants** the motion, Doc. 25. The application for default judgment, Doc. 22, is accepted and considered timely.

**Ordered** in Jacksonville, Florida, on June 12, 2025.

Patricia D. Barksdale
United States Magistrate Judge