UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

     Plaintiff,

                                    CASE NO.: 3:24-CV-778-TJC-PDB

vs.

L.A. DISASTER RELIEF, LLC,

     Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING**
**SUPPLEMENTAL PREJUDGMENT INTEREST CALCULATION**

Plaintiff, ASAP Tree Service LLC, hereby gives notice of filing its corrected and updated calculation of accrued prejudgment interest, pursuant to the Court's Endorsed Order entered October 1, 2025 [D.E. 27]. A copy of the corrected and updated Prejudgment Interest Calculator is attached hereto as Exhibit "A."

Respectfully submitted this 15th day of October 2025,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*