### Prejudgment Interest Calculator - ASAP Tree Service LLC

| Effective Date | Annual Interest Rate (%) | Daily Interest Rate | Daily Interest Amount | Days Effective | Interest Accrued ($) |
|---|---|---|---|---|---|
| 10/1/20 | 5.37% | 0.000146721 | $34.77 | 31 | $1,077.73 |
| 1/1/21 | 4.81% | 0.000131781 | $31.23 | 90 | $2,810.28 |
| 4/1/21 | 4.31% | 0.000118082 | $27.98 | 91 | $2,546.13 |
| 7/1/21 | 4.25% | 0.000116438 | $27.59 | 92 | $2,538.27 |
| 10/1/21 | 4.25% | 0.000116438 | $27.59 | 92 | $2,538.27 |
| 1/1/22 | 4.25% | 0.000116438 | $27.59 | 90 | $2,483.09 |
| 4/1/22 | 4.25% | 0.000116438 | $27.59 | 91 | $2,510.68 |
| 7/1/22 | 4.34% | 0.000118904 | $28.17 | 92 | $2,592.02 |
| 10/1/22 | 4.75% | 0.000130137 | $30.84 | 92 | $2,836.90 |
| 1/1/23 | 5.52% | 0.000151233 | $35.83 | 90 | $3,225.11 |
| 4/1/23 | 6.58% | 0.000180274 | $42.72 | 91 | $3,887.13 |
| 7/1/23 | 7.69% | 0.000210685 | $49.92 | 92 | $4,592.79 |
| 10/1/23 | 8.54% | 0.000233973 | $55.44 | 92 | $5,100.45 |
| 1/1/24 | 9.09% | 0.000248361 | $58.85 | 91 | $5,355.25 |
| 4/1/24 | 9.34% | 0.000255191 | $60.47 | 91 | $5,502.52 |
| 7/1/24 | 9.46% | 0.00025847 | $61.24 | 92 | $5,634.47 |
| 10/1/24 | 9.50% | 0.000259563 | $61.50 | 92 | $5,658.29 |
| 1/1/25 | 9.38% | 0.000256986 | $60.89 | 90 | $5,480.33 |
| 4/1/25 | 9.15% | 0.000250685 | $59.40 | 91 | $5,405.36 |
| 7/1/25 | 8.90% | 0.000243836 | $57.78 | 92 | $5,315.46 |
| 10/1/25 | 8.65% | 0.000236986 | $56.15 | 15 | $842.30 |
|  |  |  |  |  | $77,932.82 |

| Principal | $236,949.00 |
|---|---|
| Since | Dec. 1, 2020 |

| Principal | $236,949.00 |
|---|---|
| Interest | $77,932.82 |
| Total | $314,881.82 |