United States District Court
Middle District of Florida
Jacksonville Division

**ASAP TREE SERVICE LLC,**

    *Plaintiff,*

v.                                                    **NO. 3:24-cv-778-TJC-PDB**

**L.A. DISASTER RELIEF, LLC,**

    *Defendant.*

---

# Order

The court will hear arguments on the motion for default judgment, Doc. 22, as supplemented, Doc. 28, on **December 2, 2025**, at **11:00 a.m.**, in courtroom 5B (fifth floor) of the Bryan Simpson United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202. Counsel may appear by telephone by calling (855) 244-8681 and entering access code 2305-966-7319. The proceeding will be recorded.

Counsel must be prepared to discuss **(1)** what should happen to alternative claims involving identical damages if default judgment is entered on one of the claims; *see* D1 at 7, 10–11, 12; **(2)** an apparent error in the table used to calculate the amount allegedly due, *compare* D1 ¶19, *with* D1-3 at 24; **(3)** if and how the alleged 20% deduction is reflected in the FEMA invoices, *see* D1 ¶¶34, 47; D1-3 at 24–72; **(4)** whether a valid contract can exist with no agreement on the cost of services before the 20% deduction; **(5)** the basis for

stating that the unpaid amounts from the invoices were due on December 1, 2020, *see* D22-1 ¶19; and **(6)** when pre-judgment interest would commence on the account-stated claim.

**Ordered** in Jacksonville, Florida, on November 14, 2025.

Patricia D. Barksdale
United States Magistrate Judge