**Updated Prejudgment Interest Calculator - ASAP Tree Service LLC**

| Effective Date | Annual Interest Rate (%) | Daily Interest Rate | Daily Interest Amount | Days Effective | Interest Accrued ($) |
|---|---|---|---|---|---|
| 10/1/20 | 5.37% | 0.000146721 | $34.71 | 31 | $1,075.91 |
| 1/1/21 | 4.81% | 0.000131781 | $31.17 | 90 | $2,805.54 |
| 4/1/21 | 4.31% | 0.000118082 | $27.93 | 91 | $2,541.83 |
| 7/1/21 | 4.25% | 0.000116438 | $27.54 | 92 | $2,533.98 |
| 10/1/21 | 4.25% | 0.000116438 | $27.54 | 92 | $2,533.98 |
| 1/1/22 | 4.25% | 0.000116438 | $27.54 | 90 | $2,478.90 |
| 4/1/22 | 4.25% | 0.000116438 | $27.54 | 91 | $2,506.44 |
| 7/1/22 | 4.34% | 0.000118904 | $28.13 | 92 | $2,587.65 |
| 10/1/22 | 4.75% | 0.000130137 | $30.78 | 92 | $2,832.11 |
| 1/1/23 | 5.52% | 0.000151233 | $35.77 | 90 | $3,219.66 |
| 4/1/23 | 6.58% | 0.000180274 | $42.64 | 91 | $3,880.57 |
| 7/1/23 | 7.69% | 0.000210685 | $49.84 | 92 | $4,585.03 |
| 10/1/23 | 8.54% | 0.000233973 | $55.35 | 92 | $5,091.84 |
| 1/1/24 | 9.09% | 0.000248361 | $58.75 | 91 | $5,346.21 |
| 4/1/24 | 9.34% | 0.000255191 | $60.37 | 91 | $5,493.23 |
| 7/1/24 | 9.46% | 0.00025847 | $61.14 | 92 | $5,624.96 |
| 10/1/24 | 9.50% | 0.000259563 | $61.40 | 92 | $5,648.74 |
| 1/1/25 | 9.38% | 0.000256986 | $60.79 | 90 | $5,471.08 |
| 4/1/25 | 9.15% | 0.000250685 | $59.30 | 91 | $5,396.24 |
| 7/1/25 | 8.90% | 0.000243836 | $57.68 | 92 | $5,306.48 |
| 10/1/25 | 8.65% | 0.000236986 | $56.06 | 84 | $4,708.94 |
|  |  |  |  |  | $81,669.31 |

| | |
|---|---|
| Principal | $236,549.00 |
| Since | Dec. 1, 2020 |

| | |
|---|---|
| Principal | $236,549.00 |
| Interest | $81,669.31 |
| Total | $318,218.31 |