UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

            CASE NO.: 3:24-CV-778-TJC-PDB

 Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

 Defendant.

_____/

**NOTICE OF FILING "EXHIBIT A" TO PLAINTIFF'S SUPPLEMENT TO MOTION FOR DEFAULT FINAL JUDGMENT AND/OR FOR SUMMARY FINAL JUDGMENT [D.E. 31]**

 Plaintiff, ASAP Tree Service LLC, hereby gives notice of filing "Exhibit A" to Plaintiff's Supplement to Motion for Default Final Judgment and/or for Summary Final Judgment [D.E. 31], which was inadvertently omitted from the original filing.

 Respectfully submitted this 24th day of December 2025,

            s/ Patrick Brooks LaRou
            Brian H. Pollock, Esq. (174742)
            brian@fairlawattorney.com
            Patrick Brooks LaRou, Esq. (1039018)
            brooks@fairlawattorney.com
            FAIRLAW FIRM
            135 San Lorenzo Avenue, Suite 770
            Coral Gables, Florida 33146
            Telephone: (305) 230-4884
            *Counsel for Plaintiff*