## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

        Plaintiff,

v.                                                                Case No. 3:24-cv-778-TJC-PDB

L.A. DISASTER RELIEF, LLC,

        Defendant.

_____

## **O R D E R**

Upon review of plaintiff's motion for default judgment (Doc. 22), as supplemented (Docs. 31, 32), and following a hearing (Doc. 30) and consideration of the remainder of the file, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 33) recommending that the motion for default judgment be granted in part and denied in part, and that the Court take certain other actions as stated below.

No party filed any objections to the Report and Recommendation and the time in which to do so has passed.  Accordingly, upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 33), it is hereby

**ORDERED**:

1.    The Report and Recommendation of the Magistrate Judge (Doc. 33) is **adopted** as the opinion of the Court.

2.    Plaintiff's motion for default judgment (Doc. 22), as supplemented (Docs. 31, 32) is **granted in part and denied in part** as stated in the Report and Recommendation (Doc. 33).

3.    Plaintiff's claims for open account (Count II), breach of oral contract (Count III); breach of contract implied in law (Count IV); and breach of contract implied in fact (Count V) are **dismissed without prejudice**.

4.     The Clerk is directed to enter judgment in favor of ASAP Tree Service LLC and against L.A. Disaster Relief, LLC, on the account stated claim (Count I) in the amount of **$236,549.00** in liquidated damages, plus **$81,669.31** in prejudgment interest to December 23, 2025, plus prejudgment interest from December 24, 2025 to the day of the judgment at the rate established by Fla. Stat. § 55.03, plus post-judgment interest accruing from the day after the judgment at the rate established by 28 U.S.C. § 1961.

5.    Following entry of judgment, the Clerk shall close the file.

6.    Plaintiff is ordered to file any bill of costs within 14 days of entry of judgment.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of February, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
copies:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record

L.A. Disaster Relief, LLC
881 State Road 20, Unit 4
Interlachen, FL 32148

Kyle E. Adams, President
L.A. Disaster Relief, LLC
22696 N.E. 130th Court Road
Fort McCoy, FL 32134