UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

    Plaintiff,

vs.

CASE NO.: 3:24-CV-778-TJC-PDB

L.A. DISASTER RELIEF, LLC,

    Defendant.
_____/

## **PLAINTIFF'S MOTION TO COMPEL FACT INFORMATION SHEET**

Plaintiff, ASAP Tree Service LLC, through its undersigned counsel and pursuant to Fed. R. Civ. P. 64, 69, and other applicable Rules and laws, requests that the Court enter an Order compelling Defendant, L.A. Disaster Relief, LLC, to complete and return a Form 1.977 Fact Information Sheet (Exhibit A) based on the following good cause:

## **MOTION TO COMPEL FACT INFORMATION SHEET**

1. Rule 69(a)(2) of the Federal Rules of Civil Procedure entitles a prevailing party to employ discovery in furtherance of execution on a judgment:

> In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person--including the judgment debtor--as provided in these rules or by the procedure of the state where the court is located.

2. Rule 1.560(c) of the Florida Rules of Civil Procedure, in turn, permits a judgment creditor such as the Plaintiff to request of the Court the following:

> In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, **shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court**.

3. Having secured a Final Judgment against Defendant, L.A. Disaster Relief, LLC [DE 35], Plaintiff requests that the Court require the Defendant to complete a Florida Form 1.977 Fact Information Sheet, including all attachments, within 15 days, in the form(s) appended hereto as Exhibit A. *See Whitwam v. JetCard Plus, Inc.*, 2014 WL 6433226 (S.D. Fla. Nov. 13, 2014).

4. Plaintiff further requests the Court to require Defendant to complete the Florida Form 1.977 Fact Information Sheet in the form(s) appended hereto and "to fax and/or hand-deliver the same to Plaintiffs' Counsel," with all required attachments, within 30 days of service of the Fact Information Sheet on Defendant. *Rodriguez v. Super Shine & Detailing, Inc.*, 2013 WL 4786596, at *4 (S.D. Fla. Sept. 6, 2013).

For the foregoing reasons, Plaintiff, ASAP Tree Service LLC, respectfully requests the Court to compel Defendant, L.A. Disaster Relief, LLC, to complete and return a Form 1.977 Fact Information Sheet, with all required attachments, to Plaintiff's counsel within 30 days of service of the Fact Information Sheets on Defendant.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and copy of the foregoing was served through filing in CM/ECF on this 24th day of February 2026, and by U.S. Mail on

Defendant, L.A. Disaster Relief, LLC, c/o Kyle Adams, 22696 N.E. 130th Court Road, Fort McCoy, Florida 33134.

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*