UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

      CASE NO.: 3:24-CV-778-TJC-PDB

    Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

    Defendant.
_____/

**FACT INFORMATION SHEET – BUSINESS ENTITY**
**(TO BE COMPLETED FOR L.A. DISASTER RELIEF, LLC)**

Name/Title of person filling out this form: _____

Address: _____
          Street              City        State      Zip Code

Telephone Numbers: (Cell) _____ (Work) _____

Address of Business Entity: _____
                        Street              City       State   Zip Code

Type of Entity: (Check One) \_\_ Corporation \_\_Partnership \_\_Limited Partnership \_\_\_

Sole Proprietorship \_\_\_ Limited Liability Corp. (LLC) \_\_\_ Professional Assoc. (PA) \_\_\_

Other (Please explain) _____

Does Business Entity own/have interest in any other business entity? If so please explain._____

Gross/Taxable income reported for Federal Income Tax purpose last three years:
$ _____ $_____ $ _____

Taxpayer Identification Number: _____

List Partners (General or Limited and designate Percentage of Ownership):
_____

Average Number of Employees/month: _____

Names of Officers and Directors:
_____

_____

Checking Account at: _____ Account Number: _____

Savings Account at: _____ Account Number: _____

Does the Business Entity own any vehicles: _____

Years/Makes/Models: _____

Vehicle I. D. Nos.: _____

Tag Numbers: _____

Loans Outstanding: _____

Does the Business Entity own any real property: YES _____ NO _____

If Yes: Address: _____

Please check if the business entity owns the following:

_____ Boat                    _____ Camper

_____ Stocks/Bonds            _____ Other Real Property

_____ Other Personal Property _____ Intangible Property

**Please attach copies of the following:**

1. All tax returns for the past 3 years, including but not limited to state and federal income tax returns and tangible personal property tax returns.

2. All bank, savings and loan, and other account books or statements for accounts in institutions in which the defendant had any legal or equitable interest for the past 3 years.

3. All canceled checks for the 12 months immediately preceding the date of this judgment for accounts in which the defendant held any legal or equitable interest.

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date of this judgment.

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the defendant within the 12 months immediately preceding the date of filing this lawsuit. Any transfer of property within the last year other than ordinary course of business transactions.

6. Motor vehicle documents, including titles and registrations relating to any motor vehicles owned by the defendant alone or with others.

7. Financial statements and any other business records, including but not limited to accounts payable and accounts receivable ledgers, as to the defendant's assets and liabilities prepared within the 12 months immediately preceding the date of this judgment.

8. Copies of articles, by-laws, partnership agreement, operating agreement, and any other governing documents, and minutes of all meetings of the defendant's shareholders, board of directors, or members held within 2 years of the date of this judgment.

9. Resolutions of the shareholders, board of directors, or members passed within 2 years of the date of this judgment.

10. A list or schedule of all inventory and equipment.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

L.A. Disaster Relief, LLC

By: _____
Authoreized/Designated Representative

Name: _____

Title: _____

STATE OF FLORIDA

COUNTY OF _____

      The foregoing instrument was acknowledged before me this _____ day of _____, 20___, by _____, who is the _____ on behalf of L.A. DISASTER RELIEF, LLC and who is personally known to me or has produced _____ as identification and who _____ did / did not _____ take an oath.

      WITNESS my hand and official seal, this _____ day of _____, 2026.

                                                                       _____
                                                                       Notary Public
                                                                       State of Florida

                                                                       My Commission Expires: _____

MAIL OR DELIVER THE COMPLETED FORM TO THE JUDGMENT CREDITOR OR THE CREDITOR'S ATTORNEY:

                              Brian H. Pollock, Esq. (174742)
                              brian@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Avenue
                              Suite 770
                              Coral Gables, FL 33146
                              Tel:   305.230.4884
                              *Counsel for Plaintiff*

THIS FORM IS NOT TO BE FILED WITH THE CLERK OF THE COURT.