

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL  33324
Phone: 954-228-4029    Fax: --
47-1231858

**Invoice # MIA17788**

| Client Info: |
|---|
| FairLaw Firm |
| FairLaw Firm |
| 135 San Lorenzo Ave, Suite 770 |
| Coral Gables, FL  33146 |

| Invoice Info: | |
|---|---|
| Client Ref # | ASAP Tree Service LLC vs. L.A. Disaster Relief, LLC |
| Job # | MIA17788 |
| Invoice Date: | 10/3/2024 |
| Client ID: | 3522 |

**Case Info:**

Court Name: UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA
Case # 3:24-CV-778

Plaintiff:
ASAP TREE SERVICE LLC,
 -versus-
Defendant:
L.A. DISASTER RELIEF, LLC,

**Service Info:**

Serve To: L.A. DISASTER RELIEF, LLC, KYLE E. ADAMS, ITS REGISTERED AGENT
Service: NO SERVICE

Date: 10/03/2024  Time: 11:28 AM
Location:
22696 NE 130TH COURT ROAD Fort Mc Coy, FL  32134

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | Local Attorney - Routine Service - Statewide | $79.00 | $79.00 |
| 71 | COGS - Printing Fee Per Page (20 pages included) | $0.20 | $14.20 |
| 1 | Additional Address | $79.00 | $79.00 |
| | | Sub Total | $172.20 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $172.20 |

Thank you for choosing AccurateServe of Plantation - Miami - Palm Beach where perfection is the process.

Payment is due upon receipt of invoice and/or within 30 days. Payment may be sent in the form of check and/or money order to our accounting department located at - 4600 Summerlin Road, Suite C2-411, Fort Myers FL, 33919 or Credit card payments are accepted online at www.ACCURATESERVEPLANTATION.com/payment.
For questions and concerns, you may reach our office at 954-299-1552, Monday thru Friday 9am – 5pm.
**Thank you for your cooperation and supporting local small businesses.**

**A subsequent $5 fee will be added once the invoice is 60 days overdue. A fee will be added each additional 30 days the invoice ages past due until the invoice is paid in full. IF PAYMENT CONTINUES TO GO UNPAID WE WILL FILE A FLORIDA BAR COMPLAINT!**



1 of 1