

**Accurate Serve of Plantation**

151 North Nob Hill Road #254
Plantation, FL 33324
Phone: 954-228-4029   Fax: --
47-1231858

**Invoice # MIA17788**

| Client Info: | Invoice Info: |
|---|---|
| FairLaw Firm<br>FairLaw Firm<br>135 San Lorenzo Ave, Suite 770<br>Coral Gables, FL 33146 | Client Ref #: ASAP Tree Service LLC vs. L.A. Disaster Relief, LLC<br>Job #: MIA17788<br>Invoice Date: 10/3/2024<br>Client ID: 3522 |

**Case Info:**

Court Name: UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA
Case # 3:24-CV-778

Plaintiff:
ASAP TREE SERVICE LLC,
 -versus-
Defendant:
L.A. DISASTER RELIEF, LLC,

**Service Info:**

Serve To: L.A. DISASTER RELIEF, LLC, KYLE E. ADAMS, ITS REGISTERED AGENT
Service: NON SERVICE

Date: 10/17/2024  Time: 08:00 PM
Location:
881 Florida Highway 20 Unit 4 Interlachen, FL  32148

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | Local Attorney - Routine Service - Statewide | $79.00 | $79.00 |
| 71 | COGS - Printing Fee Per Page (20 pages included) | $0.20 | $14.20 |
| 1 | Additional Address | $79.00 | $79.00 |
| 2 | Surveillance Fee (Per Hour) | $75.00 | $150.00 |
| | | Sub Total | $322.20 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $322.20 |

Thank you for choosing Accurate Serve of Plantation - Miami - Palm Beach where perfection is the process.

Payment is due upon receipt of invoice and/or within 30 days. Payment may be sent in the form of check and/or money order to our accounting department located at - 4600 Summerlin Road, Suite C2-411, Fort Myers FL, 33919 or Credit card payments are accepted online at www.ACCURATESERVEPLANTATION.com/payment.

For questions and concerns, you may reach our office at 954-299-1552, Monday thru Friday 9am – 5pm.
Thank you for your cooperation and supporting local small businesses.

**A subsequent $5 fee will be added once the invoice is 60 days overdue. A fee will be added each additional 30 days the invoice ages past due until the invoice is paid in full. IF PAYMENT CONTINUES TO GO UNPAID WE WILL FILE A FLORIDA BAR COMPLAINT!**



1 of 1