United States District Court
Middle District of Florida
Jacksonville Division

**ASAP TREE SERVICE LLC,**

    *Plaintiff,*

v.                                 **NO. 3:24-cv-778-TJC-PDB**

**L.A. DISASTER RELIEF,**

    *Defendant.*

---

## Order

The plaintiff, under Rules 64 and 69(a)(2), Federal Rules of Civil Procedure, and Rule 1.560(c), Florida Rules of Civil Procedure, moves to compel the defendant to complete a "Form 1.977 Fact Information Sheet." Doc. 37. The plaintiff attaches a form to the motion. Doc. 37-1.

The attached form differs from, and imposes additional requirements beyond, those of Form 1.977. *Compare* Doc. 37-1, *with* Fla. R. Civ. P. Form 1.977. The plaintiff also requests different deadlines for the defendant to complete the form. *See* Doc 37 at 2 (requesting an order directing the defendant to complete the form within 15 days, and then requesting an order directing the defendant to complete the form and "fax and/or hand-deliver" the form to the plaintiff within 30 days of service). Neither deadline matches the deadline in Rule 1.560(c), and the plaintiff offers no reason for the departure. *See* Doc. 37; Fla. R. Civ. P. 1.560(c) (directing the judgment debtor to complete Form 1.977 "within 45 days of the order or other reasonable time as determined by the court").

The court **denies** the plaintiff's motion, Doc. 37, without prejudice to filing a motion that requests clear relief and explains the legal basis for the requested relief.

**Ordered** in Jacksonville, Florida, on April 3, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*