UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

          CASE NO.: 3:24-CV-778-TJC-PDB

      Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

      Defendant.

_____/

## PLAINTIFF'S *EX PARTE* MOTION FOR WRIT OF EXECUTION

Plaintiff, ASAP Tree Service LLC, through her undersigned counsel and pursuant to Fed. R. Civ. P. 64, requests that the Clerk of Courts issue, or that the Court direct the Clerk of Courts to issue, a Writ of Execution in the form appended hereto on an *ex parte* basis as follows:

1.      On February 25, 2026, this Court entered its Judgment In A Civil Case [DE 35] awarding Plaintiff $318,218.31 against L.A. Disaster Relief, LLC, inclusive of the following:

      a.      $236,549.00 in damages; plus

      b.      $81,669.31 in prejudgment interest from December 24, 2025, to the day of the judgment.

2.      On March 16, 2026, this Court awarded $899.40 in taxable costs [DE 39].

3.      The total amount due to Plaintiff from the Judgment In A Civil Case entered February 25, 2026 [DE 35] and the Bill of Costs entered March 16, 2026 [DE 39] is **$319,117.71**, which remains due, payable, and outstanding.

4.      Plaintiff seeks to enforce the money judgment(s) against Defendant, L.A. Disaster Relief, LLC, pursuant to Fed. R. Civ. P. 69(a) through the issuance of a Writ of Execution.

5.      The undersigned attempted to confer with the Defendant by mail on March 9, 2026, requesting that it satisfy the judgment or advise of any objection to the Plaintiff's service of a subpoena for records on Hatch Bank, but to date, no response has been received.

WHEREFORE Plaintiff, ASAP Tree Service, LLC, requests that the Clerk of Courts issue or that the Court direct the Clerk of Courts to issue the Writ of Execution in the form appended hereto based on the good cause shown above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing was served through filing in CM/ECF on this 16th day of June 2026, and by U.S. Mail on Defendant, L.A. Disaster Relief, LLC, c/o Kyle Adams, 22696 N.E. 130th Court Road, Fort McCoy, Florida 33134.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm