DC 11
Rev. 1/09

## WRIT OF EXECUTION

| United States District Court | Middle District of Florida |
| --- | --- |

TO THE MARSHAL OF:

MIDDLE DISTRICT OF FLORIDA          CASE NO.: 3:24-CV-778-TJC-PDB

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

L.A. Disaster Relief, LLC
22696 N.E. 130th Court Road
Fort McCoy, Florida 33134

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
| --- | --- | --- |
| $318,218.31+interest from2.25.26 | AND | $899.40 +interest from 3.16.26 |

in the United States District Court for the  Middle                     District of  Florida                  , before the
Judge of the said Court by the consideration of the same Judge lately recovered against the said,

 L.A. DISASTER RELIEF, LLC

and also the costs that may accrue under this writ.
    And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| PLACE  U.S. Court | DISTRICT Middle District of Florida |
| --- | --- |
| CITY  Jacksonville, FL | DATE |

Witness the Honorable _____
United States Judge

| DATE | CLERK OF COURT |
| --- | --- |
| | (BY)  DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
| --- | --- |

This writ was received and executed.

| U.S. MARSHAL | (BY)  DEPUTY MARSHAL |
| --- | --- |