UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

     Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

     Defendant.

_____/

CASE NO.: 3:24-CV-778-TJC-PDB

### PLAINTIFF'S NOTICE OF FILING SUBPOENA FOR RECORDS TO AND AFFIDAVIT OF SERVICE ON NON-PARTY, HATCH BANK

Plaintiff, ASAP Tree Service LLC, notifies the Court and all parties of the filing of the following:

- Subpoena Duces Tecum Without Deposition to Hatch Bank;

- Exhibit "A" to Subpoena Duces Tecum to Hatch Bank; and

- Affidavit of Service of Subpoena Duces Tecum to Hatch Bank (served July 27, 2026)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing was served through filing in CM/ECF on this 11th day of August 2026, and by U.S. Mail on Defendant, L.A. Disaster Relief, LLC, c/o Kyle Adams, 22696 N.E. 130th Court Road, Fort McCoy, Florida 33134, and on Hatch Bank c/o Jessika Kennedy, Agent,

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm

1001 W. San Marcos Blvd., Ste. 125, San Marcos, CA 92078 (the address where served with subpoena at issue).

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
