UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

                                                    CASE NO.: 3:24-CV-778-TJC-PDB

        Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

        Defendant.

_____/

## EXHIBIT "A" TO SUBPOENA DUCES TECUM
### (TO HATCH BANK)

YOU ARE COMMANDED to produce the following documents, electronically stored information, or objects:

To assist with your response, the FEIN for LA Disaster Relief is 83-0683631.

Please produce the responsive materials to brian@fairlawattorney.com with a copy to juan@fairlawattorney.com

### Items Requested / To Be Produced

1.  All contracts and agreements in effect with LA Disaster Relief, LLC, since September 1, 2020, that identify the banking information (bank name, account number, bank routing number) for LA Disaster Relief, LLC.

2.  All paper and electronic documents and materials that identify or contain the name, address, routing number(s), and account number(s) for each bank account maintained by or for LA Disaster Relief, LLC.

3.  All paper and electronic documents and materials that identify or contain, for each transaction that resulted in money or funds being paid, sent, wired, or transferred to LA Disaster Relief, LLC since September 1, 2020:

    a.  the date of each transaction;
    b.  the amount of each transaction; and

    c. the name, routing number, and account number used to transmit the money or funds to the account(s) designated by LA Disaster Relief, LLC.

4. All paper and electronic documents and materials that identify or contain the name, and address of each bank that has approved and/or funded a loan by or for customers/clients of LA Disaster Relief, LLC, through Hatch Bank since September 1, 2020.