AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:24-CV-778-TJC-PDB

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* <u>Hatch Bank</u> on *(date)* <u>July 1, 2026</u>.

    **X**    I served the subpoena by delivering a copy to the named individual as follows: <u>Natalie Soto, BSA Officer</u> on *(date)* <u>Tue, Jul 07 2026</u>; or

    ☐    I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees for services <u>$148.72</u>.

I declare under penalty of perjury that this information is true.

Date:

<i>Mark X. Sullivan</i>

_____
*Server's signature*

Mark X. Sullivan-San Diego #3477
_____
*Printed name and title*

Hollister Process Service
341 Tres Pinos Rd, Suite 201
Hollister, CA 95023           831-634-1479
_____
*Server's address*

Additional information regarding attempted service, etc.: