UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

ASAP TREE SERVICE LLC,

CASE NO.: 3:24-CV-778-TJC-PDB

Plaintiff,

vs.

L.A. DISASTER RELIEF, LLC,

Defendant.
_______________________________/

**PLAINTIFF'S NOTICE OF FILING RECORDED JUDGMENTS**

Plaintiff, ASAP Tree Service LLC, notifies the Court and all parties of the filing of the Judgment in a Civil Case [DE 35] recorded in Putnam County, Florida, on August 17, 2026, at Book 1883, Page 1655, and in Marion County, Florida, on September 11, 2026, at Book 9011, Page 231, and HEREBY CERTIFIES that a true and correct copy of the foregoing were served through filing in CM/ECF on this 15th day of September 2026, and by U.S. Mail on Defendant, L.A. Disaster Relief, LLC, 881 FL-20 20, Unit #4, Interlachen, FL 32148, and c/o Kyle Adams, Registered Agent: 22696 N.E. 130th Court Road, Fort McCoy, Florida 33134.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*